AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1951(a) – Robbery Affecting Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; and, forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
DIVISION- OAKLAND

**DEFENDANT - U.S**

▶ ▇▇▇▇▇▇▇ and DEMARCO BARNETT

DISTRICT COURT NUMBER
CR 23 0191 AMO

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
JUN 22 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  ISMAIL J. RAMSEY
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Jonathan U. Lee

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.



and
DEMARCO BARNETT,

**FILED**

JUN 22 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT(S).

---

## INDICTMENT    CR 23 0191 AMO

18 U.S.C. § 1951(a) – Robbery Affecting Interstate Commerce
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

/s/ Foreperson of the Grand Jury
                                                    Foreman

Filed in open court this __22nd__ day of

June, 2023

_Ivy L. Garcia_ 6/22/23
                                                    Clerk

Bail, $ No Bail

HON. DONNA M. RYU, U.S. MAGISTRATE JUDGE

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney



**FILED**

JUN 22 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ▮▮▮▮▮▮▮ and <br> DEMARCO BARNETT, <br><br> Defendants. | CASE NO. **CR 23 0191** <br><br> VIOLATION: <br> 18 U.S.C. § 1951(a) – Robbery Affecting Interstate Commerce; <br> 18 U.S.C. § 981, 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) – Forfeiture Allegations <br><br> Oakland Venue |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 1951(a) – Robbery Affecting Interstate Commerce)

On or about November 12, 2022, in the Northern District of California, the defendants,

▮▮▮▮▮▮▮ and

DEMARCO BARNETT,

and others known and unknown to the Grand Jury, knowingly and unlawfully obstructed, delayed, and affected commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendants knowingly and unlawfully robbed a jewelry store located at 2415 San Pablo Dam Rd. #401, San Pablo, California, in violation of Title 18 of the United States Code, Section 1951(a).

INDICTMENT

1  FORFEITURE ALLEGATION:   (18 U.S.C. § 981; 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1))
2       The allegations contained in this Indictment are re-alleged and incorporated by reference for the
3  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981 and Section
4  924(d)(1), and Title 28, United States Code, Section 2461(c).
5       Upon conviction of the offense set forth in this Indictment, the defendants,
6                           ▮▮▮▮▮▮▮▮▮▮ and
7                           DEMARCO BARNETT,
8  shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and
9  Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all right, title, and interest in any
10 firearm or ammunition involved in or used in connection with Count One, along with all property
11 constituting and derived from any proceeds obtained, directly or indirectly, as a result of such violations,
12 including but not limited to a forfeiture money judgment and all jewelry, or proceeds thereof, stolen
13 from the jewelry store at 2415 San Pablo Dam Rd. #401, San Pablo, California. The forfeited jewelry
14 shall include, but not be limited to:

15 - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16
17
18

19 - A "Whoday" pendant necklace, a "RIP MOJOTTI" pendant necklace, six diamond-encrusted
20   rings, a gold and silver watch with a black face, and four gold chain necklaces seized in or
21   around 575 North Andalusia Way in Mountain House, California, on January 26, 2023.

22    If any of the property described above, as a result of any act or omission of the defendant:
23         a.   cannot be located upon exercise of due diligence;
24         b.   has been transferred or sold to, or deposited with, a third party;
25         c.   has been placed beyond the jurisdiction of the court;
26         d.   has been substantially diminished in value; or
27         e.   has been commingled with other property which cannot be divided without
28              difficulty,

INDICTMENT                                            2

Case 4:23-cr-00191-AMO   Document 1   Filed 06/22/23   Page 5 of 5

1  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
2  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).
3      All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code,
4  Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

6  DATED: June 22, 2023                                          A TRUE BILL.

                                                          /s/ Foreperson
                                                          FOREPERSON
                                                          Oakland, California

10 ISMAIL J. RAMSEY
   United States Attorney

12 *Jonathan U. Lee*

13 JONATHAN U. LEE
   LAUREN M. HARDING
14 Assistant United States Attorneys

INDICTMENT                                 3