1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney

                                        **FILED UNDER SEAL**

2

3   THOMAS A. COLTHURST (CABN 99493)
    Chief, Criminal Division

4   LAUREN M. HARDING (CABN 308029)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495

7       Telephone: (415) 436-6938
        FAX: (415) 436-7234
        Lauren.Harding@usdoj.gov

8

9   Attorneys for United States of America

**FILED**

Aug 14 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )   CASE NO. 4:23-cr-0191 AMO
                                         )
14          Plaintiff,                   )   UNITED STATES' MEMORANDUM IN SUPPORT
                                         )   OF DETENTION OF DEMARCO BARNETT
15       v.                              )
                                         )
16  DEMARCO BARNETT                      )
                                         )
17  and                                  )
                                         )
18  UNDERSEAL CO-DEFENDANT               )
                                         )
19          Defendant.                   )
                                         )
20  _____ )

21

22          **I.      INTRODUCTION**

23          On November 12, 2022, DeMarco Barnett, a Ghost Town gang member, and at least six of his

24  associates participated in a coordinated, armed robbery of a jewelry store in San Pablo, California.

25  Surveillance footage shows five masked and hooded men forcefully entering the store and proceeding to

26  pilfer around $300,000 to $500,000 worth of jewelry.  Three of the men brandished firearms during the

27  incident and held the store owner at gunpoint.  Two others remained in getaway cars parked in the back

28  of the store.

The indicted offense is not an isolated incident of violence and criminality for Barnett.  Barnett has a history of firearms offenses and robberies, including convictions for unlawfully carrying firearms, a hit and run resulting in permanent injury or death, and burglaries.  Earlier this year, Barnett was arrested for committing an armed robbery of a marijuana dispensary in August 2022.  In connection with that arrest, officers searched his residence and found jewelry stolen during the November 2022 San Pablo heist, along with $31,000 in cash.  Barnett is also suspected of committing a robbery in June 2023.

The indicted offense for Hobbs Act robbery and Barnett's criminal history fit the contours of Barnett's gang membership.  Barnett—whose gang moniker is "Whoday"—is an active member of the Ghost Town criminal gang.  Oakland's Department of Violence Prevention has concluded that the Ghost Town gang is among the three groups "responsible for the majority of group-driven violence" in Oakland, including the gun violence that has exploded in recent years.[1]

No set of release conditions can effectively mitigate the risks that, if released pretrial, Barnett will continue to victimize the community or flee.  To safeguard the community and ensure his appearance at trial, the Government respectfully requests that Barnett be detained.[2]

## II.    OFFENSE BACKGROUND

On November 12, 2022, at around 3:56 p.m. p.m., five men—all masked and hooded—forcefully entered a jewelry store in San Pablo, California.  *See* **Attachment A** (excerpts from San Pablo Police Department report, redacted).[3]  The store sells jewelry and makes custom jewelry using diamonds and other gems.  On November 12, 2022, several employees were



---

[1] *See* Oaklandside, "Oakland violence prevention efforts get boost from $6 million state grant," Aug. 2, 2022, https://oaklandside.org/2022/08/02/oakland-violence-prevention-efforts-get-boost-from-6-million-state-grant/.

[2] The government produced the evidence relied upon in this Memorandum to the defense and pretrial services on August 9 and 10, 2023.

[3] Select pages of the full report have been removed for length and certain information, like victims' names and PII, has been redacted for privacy.

working and a few customers, along with a small child, were shopping at the store's front.

Surveillance footage shows the store owner exiting the back door, at which point five hooded and masked men enter the store through the same door. *See* **Exhibit B** (select surveillance footage of robbery).[4] One of the men pushes a store employee to the ground, yelling "Don't fucking move! Don't fucking move! Stay down!" Another man points a firearm towards the store's front, where the customers and young child had been shopping. *See still-shot image of surveillance footage inside the jewelry store below.* The store owner and his elderly mother, who was also an employee working at the time, feared for their lives. In total, three of the men who entered the store brandished firearms during the take-down. The men proceeded to ransack the store of approximately $300,000-$500,000 worth of jewelry and then fled in two getaway cars, still parked out back and each of which displayed a stolen license plate.



Barnett had previously been a customer of the jewelry store using his Ghost Town gang moniker, "Whoday." Location data from Barnett's phone records show he traveled from Oakland to San Pablo just before the robbery and that he used the phone at or near the jewelry store during the robbery.[5] The

---

[4] The government requests the surveillance footage remain under seal at this time to protect the identity and safety of the victims, as the footage shows victims' faces.

[5] For instance, data from 23:57 UTC (or 3:57 p.m. Pacific on November 12th) show Barnett's cell phone using a cell tower at 37.957468, - 122.3311038—a location approximately 720 feet to the northeast of the jewelry store.

same call detail records also place Barnett's phone in the area where one of the license plates was stolen that was used on a getaway car.[6]



In January 2023, Oakland Police Department officers searched Barnett's residence as part of their investigation into a *different* robbery that occurred in August 2022.  During the search, officers uncovered jewelry stolen during the November 2022 San Pablo robbery and $31,000 in cash.  The jewelry included rings, a watch, gold chain necklaces, and earrings.[7]



The jewelry also included a pendant necklace displaying "RIP MOJOTTI" (which is believed to refer to Barnett's deceased brother).  *See images to the left.*  Evidence shows that Barnett had a second jewelry store create the Mojotti necklace by altering jewelry stolen from the San Pablo jewelry store.

After the robbery, Barnett wore its exploits around his fellow Ghost Town gang members.  For example, photos show him wearing some of the stolen jewelry during a birthday party of a fellow Ghost Town gang member.  *See images to the right.*



---

[6] For instance, at around 3:33 p.m. PST, Barnett's phone shows his location at -122.255856.37.789452—a short drive from where the license plate was suspected to be stolen.

[7] Some, but not all, of the items depicted in these photos are believed to have been stolen.

In an Instagram story dated December 24, 2022, shown on the left below, multiple hands are seen wearing diamond-encrusted, gold, flashy jewelry. *See image on the left.* Barnett's Instagram handle is tagged in the post (@gamegodloveme_31)—which also mentions Ghost Town twice (in a song and in the caption) and displays the Ghost emoji and "rock on" hand symbol (similar to the hand symbol of the Ghost Town gang). The two hands in the top of the photo are believed to be Barnett's. The San Pablo store owner has identified three of the rings on those hands as stolen from his store in November 2022. *See image on the right.*

 

Another Instagram post by another gang member, on the right, shows Barnett wearing the jewelry (including the same ring) and standing next to other Ghost Town gang members with the caption "Ghost town richest generation" and the "salute" emoji.



### III.    LEGAL STANDARD

Under the Bail Reform Act of 1984, as amended,  the government has a right to a detention hearing in this case involving a "crime of violence"—namely, Hobbs Act robbery.  *See* 18 U.S.C. § 3142(f)(1) (detention hearings for cases involving "crime of violence"); *United States v. Dominguez*, 954 F.3d 1251, 1261 (9th Cir. 2020) (holding Hobbs Act robbery is a crime of violence under 18 U.S.C. § 924(c)).

The Court must detain a defendant pretrial without bail where "the judicial officer finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person in the community."  18 U.S.C. § 3142(e)(1).  Detention is appropriate where a defendant is *either* a danger to the community *or* a flight risk; it is not necessary for the government to prove both.  *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).   A finding that a defendant is a danger to the community must be supported by clear and convincing evidence, but a finding that a defendant is a flight risk need only be supported by a preponderance of the evidence.  *Id.*

"[T]he Bail Reform Act mandates an individualized evaluation guided by the factors articulated in § 3142(g)."  *United States v. Diaz-Hernandez*, 943 F.3d 1196, 1199 (9th Cir. 2019).  Those factors include: the nature and circumstances of the offense charged; the weight of the evidence against the defendant; the history and characteristics of the defendant, including the defendant's character, physical and mental condition, family and community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings, as well as whether the crime was committed while the defendant was on probation or parole; and the nature and seriousness of the danger to any person or to the community that would be posed by the defendant's release.  18 U.S.C. § 3142(g); *United States v. Winsor*, 785 F.2d 755, 757 (9th Cir. 1986).

## IV.    ARGUMENT

The nature of the present offense—a coordinated, armed robbery of a jewelry store—coupled with Barnett's Ghost Town gang membership and criminal history, prove that Barnett poses a significant danger to the community for which no set of conditions can mitigate.  Barnett—who has a record of evading law enforcement and flouting court-ordered conditions of release—also cannot be trusted to abide by Court ordered conditions of release.  Detention pretrial is the only solution to safeguard the community and Barnett's appearance.

Surveillance footage from the robbery underscores the terror Barnett and his associates intended to spread on November 12, 2022.  *See* **Exhibit B** (select surveillance footage).  As further described above, at least seven people engaged in a coordinated takeover of the jewelry store.  At least three of the five suspects who entered the store were armed and brandished those guns to threaten and intimidate the employees and store patrons.  One employee was 70 years old.  The suspects proceeded to ransack the business of upwards of $300,000 of jewelry and then flee in getaway cars, each displaying s stolen license plate (including one Barnett likely helped steal).  Barnett later flaunted the fruits of his crimes by posing for photos while wearing some of the stolen jewelry.  He even appeared in an Instagram post labelling him among the "richest generation" of the Ghost Town gang.  This label, and Barnett's possession of $31,000 in cash in January 2023, is curious given his apparent lack of lawful employment.

Barnett's active membership in the Ghost Town gang underscores the significant threat he poses to society writ large.  Ghost Town is a violent street gang based in Oakland that engages in shootings, murders, robberies, burglaries, and narcotics dealing.  Recent cases against members of the gang help prove the point.  Ghost Town gang member Antoine Ford is facing federal 922(g) charges in connection with a homicide in September 2022.  *See* 4:23-cr-060 HSG (N.D. Cal.).  Barnett's social media includes references to Ford (who is known as "Fuzzy" among gang members).  Shaun Jones is facing felon in possession and narcotics distribution charges in the Eastern District of California.  *See* 2:23-cr-00114 KJM (E.D. Cal.).  Three other gang members—Eric Coleman, Isaiah Richard, and Herbert Toussaint—are facing attempted murder charges in state court in connection with a June 2019 shooting.  *See* 20-cr-12185A, B, C (Cal. Super. Ct.).  Still three others gang members—Marsean Hackett, Jeremiah Richard, and Steve Jackson—pleaded guilty to attempted murder charges in connection with a January 15, 2020

shooting.  *See* 20-cr-005810A, B, C (Cal. Super. Ct.).  Barnett pledges allegiance to the same gang as those violence drivers and that has been labelled as among the three groups "responsible for the majority of group-driven violence" in Oakland.  Social media posts of Barnett explicitly referring to "Ghost Town" highlight that Barnett is unabashed in affiliating with such a violent gang.

Barnett's participation in the November 2022 armed robbery is particularly concerning given his history of firearms possession offenses, burglaries, and violations of court-ordered supervision.  Indeed, Barnett has spent the past decade committing a steady stream of offenses.  In 2010, Barnett was convicted of carrying a concealed firearm on his person with a prior conviction and sentenced to 180 days' jail and 5 years' probation.  In 2011—while still on probation—he was convicted of being a felon in possession of a firearm and sentenced to 1 day jail and 5 years' probation.  In 2012—again while on probation—Barnett was found climbing on the roof of someone's home, whose second-floor window was broken.  Officers found cufflinks, earrings, and a women's watch that belonged to the homeowner in Barnett's pockets.  He was later convicted of first-degree burglary and sentenced to two years' imprisonment.  In 2013, he was arrested again for first-degree burglary; that charge was dismissed, but Barnett was sentenced to three years' imprisonment for his 2012 conviction returned to prison.

In 2015, Barnett was arrested for an incident in which he led police on a high-speed chase that ended only after Barnett's car collided with another car.  He was convicted of Hit and Run resulting in Permanent Injury or Death, along with evading a peace officer and violating his post-release community supervision.  He received four- and two-year prison terms, respectively, for those offenses.  Despite those lengthy sentences, in 2017, he was convicted yet again of committing second-degree burglary and sentenced to 16 months' imprisonment (which ran consecutively to his six-year term in the 2015 case).

Barnett's lengthy criminal history, spanning over a decade, demonstrates that neither lengthy prison terms nor court-ordered release conditions will deter him from re-offending.  It would be false hope to believe that any conditions of release would deter him from his well-engrained commitment to criminality.

Barnett's offenses appear to be increasingly violent and serious, too.  The indicted Hobbs Act robbery occurred under a year ago, in November 2022.  In early 2023, Barnett was arrested for an August 2022 marijuana dispensary burglary in which close to $100,000 of cash and marijuana was

1  stolen.  Barnett is also suspected of committing a robbery as recently as June 2023.  On June 5, 2023,

2  three suspects attempted to pry open the front door of a victim's home with crow bars.  After the victim

3  confronted them, one of the men physically restrained the victim, produced a handgun, and demanded

4  money.  The suspect rifled through the victim's pockets and stole his wallet.  Surveillance footage

5  captured a silver Honda connected to the robbery.  Its license plate returned to a Nissan (not a Honda).

6  The next day, OPD officers identified Barnett as the driver of that same Honda.  Pursuant to a search

7  warrant, officers were able to track the car and connected it to yet *another* armed robbery on June 12,

8  2023.  During that June 12th robbery, two victims were robbed by three armed suspects.  Location data

9  from Barnett's social media shows that he was at the location of the June 12th robbery at the time.

10         Barnett's social media supports that he has also been involved in recent gun violence.  On

11  January 17, 2023, Barnett suffered four gunshot wounds and was dropped off at the hospital in a car

12  displaying stolen license plates.  Barnett was uncooperative with police regarding the perpetrators,

13  location, and cause of the shooting.  In a private January 23, 2023 conversation over Instagram, while

14  Barnett was presumably recovering from his wounds, someone named "C.O.D." tells Barnett "Man that

15  shit be scary too . . . rest build that muscle back up good to hear you fought back."  C.O.D. uses the

16  "rock on" hand symbol (again, a symbol resembling the Ghost Town gang symbol).  Barnett doesn't

17  dispute that characterization that he "fought back," and instead reaffirms that he would "fight to the end

18  brother."



## V.    CONCLUSION

Barnett's criminal record carries the hallmarks of a hardened criminal who must to be detained pretrial:  the nature and circumstances of the indicted offense—an armed, coordinated heist of a jewelry store—are serious; the weight of the evidence, including call detail records placing him at the time and place of the offense, is heavy; his history and characteristics, including his multiple prior convictions spanning a decade, prove he is a violence driver in Oakland; his record of evading police, violating probation, and not cooperating with investigations demonstrate he is ill-equipped to follow Court-ordered conditions of release; and his allegiance to the Ghost Town gang and recent spate of robberies show he poses a serious danger to others.  Because there are no set of conditions that will reasonably assure the appearance of Barnett at Court proceedings or ensure the safety of the community, he should be detained pretrial.

DATED:        August 14, 2023                              Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


    /s/  Lauren M. Harding
JONATHAN U. LEE
LAUREN M. HARDING
Assistant United States Attorneys

# EXHIBIT A

# Excerpts from San Pablo Police Department Report



**SAN PABLO POLICE DEPARTMENT**

13880 SAN PABLO AVENUE    SAN PABLO, CA 94806    510-215-3130

**CRIMINAL REPORT**

Case S22-3684

## OFFENSES

| F/M A/C | Offenses | |
|---|---|---|
| F  C | 211 PC | Robbery |
| F  C | 207(A) PC | Kidnapping |
| F  C | 422(A) PC | Threaten crime with intent to terrorize |
| F | 236 PC | False imprisonment |

| Date Occurred | Time Occurred | Incident # |
|---|---|---|
| 11/12/22-11/12/22 | 1601 - 2241 | 2211120106 |

| Date Reported | Time Reported | |
|---|---|---|
| 11/12/2022 | 1601 | |

**Related Cases**

| Date Printed | Time Printed | Printed By |
|---|---|---|
| 02/21/2023 | 16:53:47 | S1053 |

| Latitude | Longitude | |
|---|---|---|
| 37.955960 | -122.333790 | |

| Location | | Beat | Area | Disposition | | Dispo Date |
|---|---|---|---|---|---|---|
| San Pablo, CA 94806 | | S2 | 23 | | | |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| | | | | | |

**Victim**

| Victim | Drivers License | Cell Phone | Email |
|---|---|---|---|
| | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| Redacted  San Pablo, CA | No | Redacted | Redacted | 39 | M | H |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | BRO | BRO |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| Refused Aid | | |

| Description of Injuries | Other Information |
|---|---|
| None | |

| Name | Drivers License | Cell Phone | Email |
|---|---|---|---|
| | | | |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Suspect | Action Taken | Charges |
|---|---|---|
| SPPDS22-3684, S1 | | 207(A) PC, 211 PC, 236 PC, 422(A) PC |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | B |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Identifying Features | Cell Phone | Drivers License | Arrest Number |
|---|---|---|---|
| | | | |

| Aliases | | CII |
|---|---|---|
| | | |

## VEHICLES

| Status | Vehicle Make and Model | License/State | VIN | Val Damgd |
|---|---|---|---|---|
| | | | | |

## OFFICERS

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| S1159 - Bang, Roy | 11/12/2022 | | S1057 - Gatlin, Justin Charles | 11/13/2022 |

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| SPPD Investigations Group | | | | |

US-00820



**SAN PABLO POLICE DEPARTMENT**

13880 SAN PABLO AVENUE     SAN PABLO, CA 94806     510-215-3130

**CRIMINAL REPORT**

Case
S22-3684

| Suspect SPPDS22-3684, S2 | Action Taken | Charges 211 PC, 207(A) PC, 236 PC, 422(A) PC | | | |
|---|---|---|---|---|---|
| Residence Address | Residence Phone | DOB | Age | Sex | Race B |
| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
| Identifying Features | Cell Phone | Drivers License | | Arrest Number | |
| Aliases | | | | CII | |

| Suspect SPPDS22-3684, S3 | Action Taken | Charges 211 PC, 207(A) PC, 236 PC, 422(A) PC | | | |
|---|---|---|---|---|---|
| Residence Address | Residence Phone | DOB | Age | Sex | Race B |
| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
| Identifying Features | Cell Phone | Drivers License | | Arrest Number | |
| Aliases | | | | CII | |

| Suspect SPPDS22-3684, S4 | Action Taken | Charges 211 PC, 236 PC, 207(A) PC, 422(A) PC | | | |
|---|---|---|---|---|---|
| Residence Address | Residence Phone | DOB | Age | Sex | Race B |
| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
| Identifying Features | Cell Phone | Drivers License | | Arrest Number | |
| Aliases | | | | CII | |

| Suspect SPPDS22-3684, S5 | Action Taken | Charges 211 PC, 207(A) PC, 236 PC, 422(A) PC | | | |
|---|---|---|---|---|---|
| Residence Address | Residence Phone | DOB | Age | Sex | Race B |
| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
| Identifying Features | Cell Phone | Drivers License | | Arrest Number | |
| Aliases | | | | CII | |

| Suspect SPPDS22-3684, S6 | Action Taken | Charges 211 PC, 236 PC, 207(A) PC, 422(A) PC | | | |
|---|---|---|---|---|---|
| Residence Address | Residence Phone | DOB | Age | Sex | Race B |
| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
| Identifying Features | Cell Phone | Drivers License | | Arrest Number | |
| Aliases | | | | CII | |

US-00821



| | | | | | | |
|---|---|---|---|---|---|---|
| **13880 SAN PABLO AVENUE    SAN PABLO, CA 94806    510-215-3130** | | | | | | **Case** |
| **CRIMINAL REPORT** | | | | | | S22-3684 |

| Suspect | Action Taken | Charges | | | | |
|---|---|---|---|---|---|---|
| SPPDS22-3684, S7 | | 211 PC, 207(A) PC, 236 PC, 422(A) PC | | | | |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | B |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Identifying Features | Cell Phone | Drivers License | Arrest Number |
|---|---|---|---|
| | | | |

| Aliases | | CII |
|---|---|---|
| | | |

| Victim | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮ | Redacted  Redacted | | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| Redacted    Redacted | No | Redacted  Redac | | 42 | | K |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | BLK | BRO |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| Other | | |

| Description of Injuries | Other Information |
|---|---|
| None | |

| Victim | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮ | Redacted  Redacted | | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| Redacted    Redacted | No | | | 44 | M | A |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| H Bee Jewelry | Redacted  Redacted | 5`11" | 190 | BLK | BRO |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| Other | | |

| Description of Injuries | Other Information |
|---|---|
| None | |

| Victim | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮ | Redacted  Redact | | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| Redacted    Redacted | No | Redacted  Reda cted | | 70 | F | A |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | BLK | BRO |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|---|---|---|
| Other | | |

| Description of Injuries | Other Information |
|---|---|
| None | |



**SAN PABLO POLICE DEPARTMENT**

13880 SAN PABLO AVENUE    SAN PABLO, CA 94806    510-215-3130

**CRIMINAL REPORT - PROPERTY**

Page 4

S22-3684

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|--------|--------------------|--------------------|-------|---------------|-------------|
| 1 | Stolen | 1 Jewlery - MISC. JEWLERY (GOLD, SILVER, DIAMONDS, WATCH, CUSTOM JEWLERY, WATCHES) | $500,000.00 | | |
| | | | $500,000.00 | ——— | ——— |

US-00823

| SAN PABLO POLICE DEPARTMENT | Page 1 |
| --- | --- |
| 13880 SAN PABLO AVENUE    SAN PABLO, CA 94806    510-215-3130 **NARRATIVE** | S22-3684 |

1  On Saturday, November 12, 2022, at approximately 1601 hours, I was dispatched to ████████ ocated at
2  2415 San Pablo Dam Rd Ste #401, on a report of a robbery.
3
4  I arrived on scene and contacted multiple employees of the business, all later identified as ████████ Red
5  ████████ ███████ AKA "Mike" identified himself as the business owner, and
6  advised ████████ and ███████ are employees.
7
8  Officer Martinez arrived on scene and contacted a male subject, later identified as ████████ and
9  obtained a statement from him.
10 (Refer to Officer Martinez's supplemental for additional details)
11
12 Mike told me the following in summary:
13
14 At approximately 1556 hours, Mike stepped outside of the business through the rear door, to answer a phone
15 call. While outside, Mike observed a black colored Dodge Charger, parked east of the building towards Holiday
16 Inn. The front end of the vehicle was pointed in the direction of the business. Mike thought the vehicle was
17 suspiciously parked and decided to walk back into the business. As Mike walked towards the door, a second
18 Dodge Charger drove towards the rear door from the west side of the rear lot, at a high rate of speed. The
19 vehicle stopped next to the door and Mike observed three subjects exited the car. The front seat passenger (S#1)
20 was holding a black colored hand gun, towards Mike's head. S#1 pushed Mike into the store and told him to get
21 down on the ground. Mike complied with S#1's commands and believed if he did not comply, that he would get
22 shot and killed. Mike feared for his life and the lives of those that worked for him. After Mike got on the ground,
23 two additional suspects (S#2 and S#3) rushed into the store and started to take items from the safe, work bench,
24 and items underneath a display case. Mike informed me that the safe was left unlocked and could be opened by
25 moving the handle. Mike advised the safe was not locked, because he continuously had to take or retrieve items
26 from the safe.
27
28 Due to being face down on the ground, Mike did not get a good look as S#2 and S#3, but described all three
29 subjects are young black males, wearing ski masks, dark colored clothing, and armed with black colored
30 handguns. Mike remembers one of the suspects was wearing a gray colored sweater, which was different from
31 the other suspects. At this time, due to the suspects covering their faces with masks and having to be face down
32 on the ground, Mike does not know the approximate height and/or weight of the suspects, or be able to
33 recognize them if he saw them again.
34
35 While Mike in unsure of the exact total loss that was taken, he believes the rough estimation to be approximately
36 $300,000.00 to $500,000.00 US dollars' worth of jewelry.
37
38 Mike desires prosecution against those responsible for the theft.
39
40 I spoke with ████████ who is Mike's mother ████████ was working at her son's store at the time
41 of the robbery. ███████ remembers being near the rear door when the suspects came inside. Fearing
42 for her life ███████ threw her cellphone at the suspects and ran towards the front of the store to call for

| Prepared By: | | Date: | Approved By: | | Date: |
| --- | --- | --- | --- | --- | --- |
| S1159 | BANG, ROY | 11/13/2022 | S1057 | GATLIN, JUSTIN CHARLES | 11/13/2022 |
| [X] *BODY CAMERA RECORDED* | | [ ] *CAR CAMERA RECORDED* | | | |

1    help. ▮▮▮▮▮▮ believes there were three suspects involved in the robbery but does not remember
2    entirely. ▮▮▮▮▮▮ remembers the suspects wearing dark colored clothing, and believed they were armed
3    with guns. ▮▮▮▮▮▮ was in fear for her life and the life of her son, Mike.
4
5    I spoke with ▮▮▮▮▮▮, who told me a similar account of events to ▮▮▮▮▮▮ was at
6    the front of the store at the time of the robbery. While helping a customer, ▮▮▮▮▮▮ heard the yelling from
7    ▮▮▮▮▮▮ ran out of the store and tried to call for help. ▮▮▮▮▮▮ believes there
8    were three suspects, possibly armed with handguns, wearing dark colored clothing. Due to leaving the store as
9    the robbery was occurring, ▮▮▮▮▮▮ did not get a good look as the suspects. ▮▮▮▮▮▮ was in fear for
10    his life.
11
12    Mike allowed me access to the surveillance system inside the store. I was able to download the footage of the
13    incident to a USB thumb drive. I later viewed the footage and observed the following:
14
15    •   S#1 is seen wearing black colored sweater with black colored pants, black colored mask, wearing
16       sunglasses, and armed with a black colored pistol.
17
18    •   S#2 is seen wearing light grey colored hoodie with white colored grey sweat pants, black colored gloves,
19       black colored mask, and wearing sunglasses. S#2 is seen holding a silver colored handgun.
20
21    •   S#3 is seen wearing black colored sweater, black colored pants, red and black colored gloves, wearing
22       black mask. S#3 appears to have dreads, and a heavier build.
23
24    •   S#4 is seen wearing black colored ski mask, sun glasses, and a dark colored jacket with a light brown
25       colored hood liner.
26
27    •   S#5 is seen wearing dark colored sweater with dark colored pants, with a black colored ski mask and
28       wearing sunglasses.
29
30    At approximately 1556 hours, Mike is seen holding a cellphone to his face and walking out of the back of the
31    store.
32
33    •   At approximately 1557 hours, Mike is seen walking back into the store from the rear door. As Mike
34       walked inside, you can hear the loud roar of a vehicle echoing louder and louder. S#1 is seen walking into
35       the store holding a black colored handgun with his left hand. S#1 pointed the gun at Mike's head and
36       yelled, "Don't Fucking move! Don't fucking move! Stay down!" S#1 is seen walking Mike past the back
37       door, into the store. S#1 pushes Mike down to the ground using his right hand and continues to point the
38       gun at his head. Moments later, the bathroom door is seen opening, and S#1 points the handgun at ▮Reda▮.
39       ▮Reda▮ raises his hands and lays on the floor of the bathroom. S#1 stands over Mike and ▮Reda▮, while holding
40       the gun them, preventing them from leaving.
41

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S1159    BANG, ROY | | 11/13/2022 | S1057    GATLIN, JUSTIN CHARLES | | 11/13/2022 |
| [X] *BODY CAMERA RECORDED* | [ ] *CAR CAMERA RECORDED* | | | | |

US-00825

1       As S#1 is holding Mike and ▇▇▇ against their will, four additional suspects (S#2, S#3, S#4, and S#5) is
2       seen ransacking the back of the store and taking items.
3
4       S#2 is seen holding a silver colored handgun towards the front of the store, where ▇▇▇▇▇▇
5       and ▇▇▇▇▇▇ were. S#2 tucks the handgun to his waistband, and seen grabbing several trays
6       underneath the counter of the jewelry store.
7
8       S#3 is seen walking towards the work bench, located on the north side of the business, and grabbing
9       several trays of jewelry.
10
11       S#4 and S#5 is seen ransacking the safe of the business and taken items from inside.
12
13    •  At approximately 1558 hours, S#2, S#3 are seen taking items and walking them out to the vehicles in the
14       back lot.
15
16    •  At approximately 1559 hours, S#4 and S#5 is seen taking items from safe and walking out of the vehicles
17       parked in the back.
18
19    •  At approximately 1600 hours, all suspects leave the store.
20 I downloaded the footage from the store's Arlo surveillance system. I uploaded a copy of the footage onto a USB
21 thumb drive. A copy of the footage was uploaded to Evidence.com and the USB was booked into SPPD as
22 evidence.
23
24 I contacted Vanguard Security, who has control over the surveillance system outside of San Pablo Town Center
25 Plaza. Vanguard provided several stills of the robbery. I observed the stills and two black colored Dodge Chargers,
26 with all tinted windows, pull up towards the rear door to the jewelry store. S#1, S#2, S#3, S#4, and S#5, is seen
27 exiting the vehicle. S#2 is seen approaching the store with a dark colored handgun in his right hand. The drivers
28 of the vehicle's (S#6 and S#7) are not seen exiting the either cars. S#2 and S#3 are seen making multiple trips
29 from inside the store and placing stolen merchandise into the vehicle.
30
31    •  V#1 – black colored Dodge Charger with dark tint. Vehicle had black colored rims and a California license
32       plate ending with 874).
33
34    •  V#2 – black colored Dodge Charger with dark tint. V#2 appears to have a sunroof. The vehicle had black
35       colored rims and a California license plate of ▇▇▇329.
36
37 A copy of the stills provided by Vanguard was uploaded to Evidence.com and files on the USB was booked into
38 SPPD, as evidence.
39
40 I utilized Citywide surveillance system and attempted to locate the suspect vehicles. At approximately 1546

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S1159 | BANG, ROY | 11/13/2022 | S1057 | GATLIN, JUSTIN CHARLES | 11/13/2022 |
| [X] *BODY CAMERA RECORDED* | [ ] *CAR CAMERA RECORDED* | | | | |

US-00826

1  hours, the two black colored chargers are seen exiting the 80 freeway from the EB off-ramp. Both vehicles travel
2  WB on San Pablo Dam Rd.
3
4  At approximately 1547, V#1 is seen turning into the San Pablo Town Center from the Ventura Ave entrance. V#2
5  is seen turning into the San Pablo Town Center from the Contra Costa Blvd entrance.
6
7  At approximately 1600 hours, both vehicles are seen exiting the Town Center Plaza taking the Ventura
8  entrance/exit. Both vehicles turn eastbound on San Pablo Dam Road and last seen taking the on-ramp to the I-80
9  freeway, traveling westbound. Both vehicles appear to have California license plate.
10
11  A copy of the footage was uploaded onto a USB thumb drive and booked into SPPD as evidence.
12
13  Utilizing Vigilant license plate reader, I was able to obtain the license plate for V#2, #████329. A record check of
14  the vehicle showed it registered to a Hyundai out of Westminster, CA (sub-plated).
15
16  SPPD Detectives from the Investigations division, arrived on scene and was provided all relevant information
17  regarding the robbery. The Detectives assumed the investigation for this case.
18
19  Refer to BWC
20
21  **ROUTE TO SPPD INVESTIGATIONS FOR FURTHER**
22
23

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S1159 | BANG, ROY | 11/13/2022 | S1057 | GATLIN, JUSTIN CHARLES | 11/13/2022 |
| [X] *BODY CAMERA RECORDED* | [ ] *CAR CAMERA RECORDED* | | | | |

1  On 11/12/22 at 1700 hours, I received a phone call from Sergeant Aaron Blaisdell, informing me of a robbery
2  investigation that took place at 2415 San Pablo Dam Road, ▮▮▮▮▮▮ I was off duty and called in, and
3  assumed the investigation. I arrived on scene and spoke with Victim – ▮▮▮▮▮ whom is the owner of the
4  store. I know ▮ rom prior robbery and theft investigations in which he was the victim.
5

6  ▮old me he did not have an exact value of the total loss, nor did he have an itemized list of stolen property at
7  the time. He would provide this at a later date. I returned to the Department and was provided a USB flash-drive
8  by Officer Bang. Said USB contained several videos from within ▮▮▮▮▮▮ and several photos provided by
9  Vanguard Security Team, which monitors the parking lot of the shopping center.
10

11  Additionally, Vanguard uploaded a series of videos to Evidence.com which I watched. I downloaded the video
12  files and saw there were five videos and 18 photos provided. The photos were captured by video surveillance
13  that was provided. Upon watching the video files, I observed the following:
14

15  **Video D - Rear of business @ 3:50:00 PM (40 second video)**: Black colored **Dodge Charger Hell Cat** bearing
16  California plate ▮▮▮329 drives into camera view and passes by the back door of the business which was
17  propped open. The vehicle drives southbound through the parking lot.
18

19  **Video E - Rear of business @ 3:56:45 PM (2 minutes and 38 second video)**: Hell Cat is now facing northbound
20  towards the camera and ▮ s walking in the roadway, talking on the phone. 58 seconds later, ▮ walks back
21  into the open door of the business. As he turns around to retrieve the door stop holding the door open, a second
22  **Dodge Charger SRT** quickly pulls up alongside the open door and three subjects exit.
23  Utilizing camera footage from the exterior and interior of the business, I was able to see the following suspects
24  and their respective descriptions:
25

26  **(Dodge Charger SRT)**
27  • S-1, front right passenger: Light skinned, unknown race male, small / thin build, wearing a black hoodie,
28    black face covering, dark sunglasses, black gloves, black semi-automatic pistol in left hand, black pants,
29    black shoes.
30  • S-2, rear right passenger (Behind front passenger): Medium skinned, unknown race male, heavy /
31    medium build, wearing a blue hoodie with tan inside, black face covering, dark sunglasses, black gloves,
32    blue pants, and black shoes.
33  • S-3, rear left passenger (Behind driver): Medium skinned, unknown race male, medium build, wearing a
34    blue hoodie, black face covering, black gloves, blue pants, and black shoes.
35  • S-4, Driver: Black male wearing dark grey or blue sweater, never exited the vehicle.
36  S-1 exited pointing the pistol at ▮ then forced him back into the store and onto the ground; allowing the rest
37  of the suspects to enter. As the Dodge SRT's occupants are exiting, the Hell Cat parks facing the SRT. The
38  occupants of the Hell Cat exited in the following order:
39

40  **(Dodge Charger Hell Cat)**
41  • S-5, front right passenger: Light skinned, unknown race male, heavy / medium build, wearing grey

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S1053    HEARN, JOSHUA C | | 11/17/2022 | S1014    BRADY, ROBERT | | 11/29/2022 |
| [] *BODY CAMERA RECORDED* | [ ] *CAR CAMERA RECORDED* | | | | |

US-00833

1     hoodie, grey sweat pants, dark sunglasses, black face mask, black gloves, red and white colored Nikes,
2     armed with a black colored semi-automatic pistol in his right hand.

3     • **S-6, rear right passenger (Behind front passenger):** Unknown race male wearing black hoodie, black
4     pants, black mask, black glasses, black shoes, gloves, carrying a large duffle bag and a black semi-
5     automatic pistol in his right hand.

6     • **S-7, Driver:** Unknown race or sex, never exited the vehicle.

7     S-1 holds ▮ down to the ground by standing over him with the pistol in his right hand while the rest of the
8     suspects (S-2, S-3, S-5, and S-6) run items from the business and into the two awaiting vehicles. All suspects were
9     inside of the business for approximately 1 minute and 22 seconds. As the suspects flee, they get back into the
10    vehicles and their respective seats they arrived in.

11

12    As the Dodge Charger SRT is driving away from the scene, I can see its rear license plate of ▮▮374. Both
13    vehicles follow each other out of the parking lot of the shopping center and onto San Pablo Dam Road;
14    ultimately entering westbound I-80.

15

16    It should be noted that the Dodge Hell Cat's rear plate was also captured via Vigilant LPR cameras as it arrived to
17    San Pablo (San Pablo Dam Road / Ventura Avenue), but neither plate registered when fleeing the scene.

18

19    I conducted a search of the Dodge **Charger Hell Cat plate** ▮▮329 and found it registered to "▮Redacted▮ or
20    ▮▮▮▮▮▮▮▮▮▮▮ Westminster Ca. Said plate was registered to a 2020 Hyundai. I spoke with
21    Dispatch at the Westminster Police Department whom told me the plate was actually reported stolen on
22    11/10/22 per Case 22-9174, but there was an error when entering which is why the plate today was not
23    reflecting as stolen in SVS. I have attached a copy of the plate report to this case.

24

25    I later spoke with Audieclint over the phone whom told me his plate was most likely stolen from his vehicle while
26    at work or overnight in front of his home. I later spoke with management at AutoZone where Audieclint works
27    and inquired about video surveillance. They advised me that there are no cameras where the employees park
28    and would not have captured anything.

29

30    It should be noted that per Vigilant LPR, I saw that on **11/9/22 at 1628 hours,** ▮▮329 was affixed to the correct
31    vehicle in Westminster. On 11/10/22 at 1216 hours, the same plate was now affixed to a gold colored Hyundai
32    Genisis in Temple City. On 11/12/22 at 1546 hours, the plate was now affixed to the Dodge Charger Hell Cat in
33    San Pablo.

34

35    I requested dispatch place a DOJ stop on said plate, which they did.

36

37    I conducted a search of the **Dodge Charger SRT plate** ▮▮874 and found it registered to "▮▮▮▮▮▮▮▮▮▮▮,
38    ▮Redacted▮ Hayward Ca. Said plate was registered to a 2015 Ford Explorer. I located a phone number
39    for ▮▮s spouse, ▮▮▮▮▮▮▮▮ and called and left a message.

40

41    On 11/15/22, I received a call from ▮▮ who confirmed her plate was stolen on 11/12/22. She reported the theft

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S1053 | HEARN, JOSHUA C | 11/17/2022 | S1014 | BRADY, ROBERT | 11/29/2022 |
| [ ] BODY CAMERA RECORDED | [ ] CAR CAMERA RECORDED | | | | |

1  online with the Oakland Police Department, but has not received a call back from them yet. The plate has yet to
2  be entered into SVS. ▆▆ told me that on 11/12/22 at 1234 hours, she left her home in Hayward and drove to her
3  sisters residence; ▆▆Redacted▆▆ Oakland Ca. She arrived there at 1300 hours parking directly to the left of the
4  driveway.
5
6  It should be noted that Ambler Lane is located on Ettie Street, and is not its own roadway. When ▆ parked in
7  front of ▆▆Ambler Lane, she actually is parking on Ettie Street.
8
9  She did not leave until 2000 hours to go shopping at Target. The following day she saw her rear plate was now
10  missing. With this information, I believed the plate to have been stolen from the Oakland address as the time
11  frame was between 1300 hours and 1545 hours; respectively.
12
13  On 11/15/22, Sergeant Brady arrived at ▆▆Redacted▆▆ and examined the area where ▆ told me she parked. I
14  immediately located 2, galvanized screws approximately 1 inch in length lying near a chrome and white colored
15  license plate frame with the words "San Fernando Valley" and "GALPIN". I called ▆ and asked her about a
16  possible license plate frame, to which she confirmed the frame I located was in fact hers.
17
18  I collected the frame and screws while wearing gloves, preserving any possible DNA evidence.
19
20  I then collected video surveillance footage from ▆▆▆▆▆▆Redacted▆▆▆▆, Oakland) located south of
21  the plate theft location. Not knowing an exact time of theft, I placed 2 hours of video onto a USB thumb drive
22  and returned to SPPD to review it. Upon doing so, I saw that on 11/12/22 at 1525 hours, a black colored Charger
23  travels southbound Ettie Street and turns westbound onto 28th Street, away from the crime scene.
24
25  On 11/16/22, I drove back to Oakland and contacted a resident at ▆Redacted▆ Street. The resident wanted to
26  remain anonymous, but agreed to email me any video clips that were specific to this investigation. Before
27  leaving, I provided the resident with a date and time rang and included vehicle descriptions. Later that same
28  morning, the resident emailed me two video clips which depicted the two Chargers traveling southbound Ettie
29  Street at 1525 hours and follow each other towards Ambler Lane.
30
31  When these vehicles are driving down the street, the loud custom exhaust can be heard. Additional details of the
32  vehicle can be identified as well. Additionally, the vehicles appear to be equipped with white paper plates as
33  they can be seen flapping in the wind while driving.
34
35  On 11/17/22, I drove back to Oakland and spoke with the owners of ▆▆▆▆▆▆ Oakland and allowed me
36  review video surveillance footage which is mounted to the exterior of the business. Utilizing cameras which face
37  28th Street and Ettie Street, I saw the two Chargers round the corner and park after leaving Ettie Street at 1602
38  hours (Camera system was approximately 36 minutes fast).
39
40  From a distance, S-2 and S-3 from the Charger SRT exit. S-3 walks to the rear of the Charger Hell Cat while S-2
41  walks to the rear of the Charger SRT. At this point, it appears the suspects are now placing the stolen license
42  plates onto the vehicles in preparation for the robbery in San Pablo. Both vehicles now have California plates

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S1053 | HEARN, JOSHUA C | 11/17/2022 | S1014 | BRADY, ROBERT | 11/29/2022 |
| [ ] BODY CAMERA RECORDED | [ ] CAR CAMERA RECORDED | | | | |

1   attached to them, unlike the video from ▮▮▮tie Street. Again, additional details for these vehicles can be seen
2   with the use of these new videos.
3
4   On 11/17/22, SPPD Evidence / Property Tech J. Nemanick transported the license plate frame and two screws to
5   the crime lab for DNA testing.
6
7   Case pending...
8
9

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S1053 | HEARN, JOSHUA C | 11/17/2022 | S1014 | BRADY, ROBERT | 11/29/2022 |
| [ ] BODY CAMERA RECORDED | [ ] CAR CAMERA RECORDED | | | | |

1    On 11/23/22, I received the lab report from SERI; the lab which conducted the DNA testing for the items
2    submitted. Upon reviewing the report, I found the following was documented:
3
4    1: Screw from License Plate (Item 1): A DNA mixture was obtained from this item.
5    2: License Plate Frame (Item 2): DNA recovered from this item is too weak to interpret.
6    Said report was attached to this case.
7
8    On 1/9/23, I spoke with Detective Alex Schmarzo of the Oakland Police Department. Detective Schmarzo has
9    been in contact and actively investigating several robberies in the city of Oakland and recently acquired
10   information pertaining to this case. Detective Schmarzo provided me with screenshots obtained from Instagram,
11   depicting several subjects wearing high end jewelry. Based on the nature of their investigation, it was suspected
12   that these items belonged to ████████████
13
14   I printed said photos and met with ████████████ Upon showing ████ the photos, he recognized several of
15   the items, circling the ones he knew to be his; specifically the stolen items. I returned to SPPD and logged these
16   original photos circled by ████ into evidence and made copies for Detective Schmarzo.
17
18   Case pending...
19
20

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S1053 | HEARN, JOSHUA C | 02/21/2023 | S1014 | BRADY, ROBERT | 02/21/2023 |
| [] BODY CAMERA RECORDED | [] CAR CAMERA RECORDED | | | | |

# EXHIBIT B

## Select Surveillance Footage from 11/12/2022 Robbery
### *Lodged with Court and Filed Under Seal*