1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2 |

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | JONATHAN U. LEE (CABN 148792)
LAUREN M. HARDING (CABN 308029)

5 | Assistant United States AttorneyS

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-7200
FAX: (415) 436-7234

8 | Jonathan.Lee@usdoj.gov
Lauren.Harding@usdoj.gov

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 |

14 | UNITED STATES OF AMERICA,    )    **CASE NO. CR-23-191-AMO**
                               )
15 |        Plaintiff,          )    NOTICE OF MANUAL FILING OF EVIDENCE
                               )
16 |    v.                      )
                               )
17 | GARLAND RABON,             )    **FILED UNDER SEAL**
                               )
18 |        Defendant.          )
                               )
19 |                            )
                               )
20 |                            )
_____)

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

NOTICE OF MANUAL FILING                1
CR-23-191-AMO

**FILED**

MAY -2 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## MANUAL FILING NOTIFICATION

This filing is a DVD with an audio file that should be maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov, under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description):

[X] Non-Graphic/Text Computer File (audio, video, etc.) on DVD or other media

[ ] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[ ] Other (description):

DATED: May 2, 2024                                   Respectfully submitted,

ISMAIL M. RAMSEY
United States Attorney

/s/ Jonathan U. Lee
JONATHAN U. LEE
LAUREN M. HARDING
Assistant United States Attorneys