1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7210
7      FAX: (415) 436-7234
       Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America

**FILED**

SEP 11 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES, | NO.: 4:23-cr-191 AMO |
| Plaintiff, | [PROPOSED ORDER] GRANTING MOTION TO PARTIALLY UNSEAL SECOND SUPERSEDING INDICTMENT AS TO DEFENDANT DARRIN HUTCHINSON AND TO FILE A REDACTED SECOND SUPERSEDING INDICTMENT ON THE PUBLIC RECORD |
| v. | |
| JAKARI JENKINS ET AL, | |
| Defendants. | **UNDER SEAL** |

[PROPOSED] SEALING ORDER
4:23-cr-191 AMO

1

v. 2/22/2020

1  Upon motion of the United States and good cause having been shown, IT IS HEREBY
2  ORDERED that the Second Superseding Indictment is partially unsealed as to Defendant Darrin
3  Hutchinson. On August 27, 2022, the Court previously granted the government's motion to unseal the
4  Second Superseding Indictment as to Defendant Aramiya Burrell.
5  It is further ORDERED that the redacted copy of the Second Superseding Indictment reflecting
6  the partial unsealing as to Defendant Darrin Hutchinson be filed on the public record.

8  IT IS SO ORDERED.
9  DATED: 9/11/24

HON. DONNA M. RYU
Chief Magistrate Judge