DOCUMENTS UNDER SEAL ☐    TOTAL TIME (mins): 9 mins.

| **MAGISTRATE JUDGE** **MINUTE ORDER** **\*\*AMENDED\*\*** | DEPUTY CLERK<br>Ivy Lerma Garcia | LIBERTY DIGITAL RECORDING<br>10:39-10:48 | |
|---|---|---|---|
| CHIEF MAGISTRATE JUDGE<br>DONNA M. RYU | DATE<br>9/11/24 | NEW CASE ☐ | CASE NUMBER<br>4:23-cr-00191-AMO-8 |

## APPEARANCES

| DEFENDANT<br>DARRIN HUTCHINSON | AGE | CUST<br>YES | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Samantha Jaffe (Spec. Appear.) | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY<br>Jonathan Lee | INTERPRETER | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Carolyn Truong | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR HELD 6 mins. | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL HELD 1 min. | ☒ ARRAIGNMENT HELD 2 mins. | ☐ BOND HEARING | ☐ IA REV ON S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON CTS. 1 & 3 OF SECOND SUP. INDICTMENT WITH FORFEITURE ALLEGATION | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

CRIM. HISTORY ONLY

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL CTS. AGAINST HIM | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO:<br>9/13/24 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>D. M. RYU | ☒ STATUS RE: DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ STATUS ON PENDING SUP. REL. VIOLS. |

## ADDITIONAL PROCEEDINGS

Govt's motion to partially unseal Second Sup. Indictment & file a redacted Second Sup. Indictment granted. Court asked the Govt's Counsel to file an Amended Penalty Sheet as to Deft. Darrin Hutchinson. AUSA S. Jaffe/Fed. Public Defender's Office declared a conflict in representing the Deft. in this case. Deft. has been referred to CJA Panel for representation.

cc: Pret. Svcs.