```
BRIAN P. BERSON, ESQ.
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Attorney for Defendant
ARAMIYA BURRELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 23-191 |
|---|---|
| Plaintiff, | MOTION TO REOPEN DETENTION HEARING |
| v. | DATE: OCTOBER 23, 2024 |
| ARAMIYA BURRELL , | Time: 10:30 a.m. |
|  | Courtroom: Honorable Judge Westmore |
| Defendant. |  |

Defendant Burrell, through undersigned counsel, moves this Court to reopen his detention hearing at the above-noted day, time and courtroom.

Dated: _____                    Respectfully submitted,

                                          _____
                                          Brian P Berson
                                          Attorney for Aramiya Burrell