```
BRIAN P. BERSON, ESQ.
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Attorney for Defendant
ARAMIYA BURRELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **Case No.: CR 23-191** |
|---|---|
| Plaintiff, | MOTION TO REOPEN DETENTION HEARING - CORRECTED |
| v. | DATE: OCTOBER 23, 2024 |
| ARAMIYA BURRELL , | Time: 10:30 a.m. |
|  | Courtroom: Honorable Judge Westmore |
| Defendant. |  |

Defendant Burrell, through undersigned counsel, moves this Court to reopen his detention hearing at the above-noted day, time and courtroom. This motion is brought because the defendant was arrested and brought to court for his initial appearance when his counsel was unavailable because counsel was in trial. At this

time, Mr. Burrell requests that his detention hearing be reopened so that he may seek his release.

Dated: October 21, 2024       Respectfully submitted,

                                    /s/
                              Brian P Berson
                              Attorney for Aramiya Burrell