CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-6748
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAKARI JENKINS, ET AL., <br><br> Defendants. | No. 4:23-cr-00191 AMO <br><br> NOTICE OF CORRECTED CONTACT INFORMATION |

The United States Attorney's Office files this Notice of Corrected Contact Information for Assistant United States Attorney Jonathan U. Lee, in order to provide counsel and court personnel updated contact information for AUSA Lee. This notice updates the mailing address, phone number and facsimile number to current information.

The undersigned requests that the Clerk's Office revise the contact information for undersigned counsel on the docket to the following:

>Jonathan U. Lee
>450 Golden Gate Avenue, Box 36055
>San Francisco, CA 94102-3495
>Jonathan.Lee@usdoj.gov
>(415) 436-7210 phone
>(415) 436-6748 facsimile

DATED: June 17, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jonathan U. Lee*
_____
JONATHAN U. LEE
Assistant United States Attorney