CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANNY GARCIA, <br><br> Defendant. | No. 23-cr-00191-AMO-6 <br><br> **UNITED STATES' RESPONSE TO SENTENCING MEMORANDUM** <br><br> Date: August 12, 2025 <br> Time: 1:30 p.m. |

Under Criminal Local Rule 32-5(c), the United States provides the Court with additional information in advance of sentencing.

In its memorandum, the United States asserted that "Garcia admitted that he went inside H Bee, while two others waited outside" citing the language of paragraph 2 of the plea agreement. ECF 450 at p. 7. Undersigned counsel and defense counsel have met and conferred, during which defense counsel informed the undersigned that Mr. Garcia did not understand the language of paragraph 2, specifically the language "[f]ive of us entered H Bee Jewelry, wearing clothing to disguise their identities, while at least two others waited outside in the getaway cars", to mean that Garcia himself was among the five who entered the premises. As a result, the United States will ask the Court to accept this amendment its memorandum, replacing "Garcia admitted that he went inside H Bee, while two others waited outside" with "The government contends that Garcia went inside H Bee."

DATED: August 8, 2025

Respectfully submitted,
CRAIG H. MISSAKIAN
United States Attorney

\_\_\_/s/_____
JONATHAN U. LEE
WENDY M. GARBERS
Assistant United States Attorney