UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 11, 2025    **Time:** 1:57 PM – 2:33 PM    **Judge:** ARACELI MARTÍNEZ-OLGUÍN

**Case No.:** 23-cr-00191-AMO-4    **Case Name:** UNITED STATES v. Smith-Stewart

**Attorney for Government:** Jonathan Lee and Wendy Garbers
**Attorney for Defendant:** James Scott Thomson
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Alexis Solorzano Rodriguez    **Reported by:** Andrea Bluedorn
**Probation Officer:** Brian D. Casai

## PROCEEDINGS

Sentencing held on 8/11/2025 for Keanna Smith-Stewart (4), Count(s) 1 of the Second Superseding Indictment. Defendant is committed to the Bureau of Prisons for a term of 50 months followed by 3 years of supervised release. Fine waived. $100.00 special assessment imposed. See Judgment for special conditions. Restitution to be determined. Restitution Hearing set for 10/27/2025 at 11:00 AM in Courtroom 3, 3rd Floor in Oakland. Counsel to submit joint stipulation and proposed order regarding waiver of appearance for restitution hearing. The Government moved to dismiss count 4, count 5, and count 6 as to Defendant Keanna Smith-Stewart only. The Court GRANTED the Government's motion and DISMISSED count 4, count 5, and count 6 as to Defendant Keanna Smith-Stewart only. In accordance with Defendant's request, the Court recommends Defendant to serve sentence at FMC Carswell in Fort Worth, Texas. If not possible, then the Court recommends Defendant to serve sentence at an institution with an ARDAP program.