UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 12, 2025    **Time:** 1:30 PM – 2:27 PM    **Judge:** ARACELI MARTÍNEZ-OLGUÍN

**Case No.**: 23-cr-00191-AMO-6    **Case Name:** UNITED STATES v. Garcia

**Attorney for Government:** Jonathan Lee and Wendy Garbers
**Attorney for Defendant:** August Gugelmann and Hannah Pollack
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Alexis Solorzano Rodriguez    **Reported by:** Marla Knox
**Probation Officer:** Cindy Suntay

## PROCEEDINGS

Sentencing held on 8/12/2025 for Danny Garcia (6), Count(s) 1, 3, and 4 of the Second Superseding Indictment. Defendant is committed to the Bureau of Prisons for a term of 84 months followed by 3 years of supervised release. $300.00 special assessment imposed. Fine waived. See Judgment for special conditions. Restitution to be determined. Restitution Hearing set for 10/27/2025 at 11:00 AM in Courtroom 3, 3rd Floor in Oakland.