August Gugelmann, SBN 240544
Hannah Pollack, SBN 366599
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
august@smllp.law
hannah@smllp.law

Attorneys for Defendant DANNY GARCIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DANNY GARCIA,<br><br>　　　　　　　Defendant. | Case No. CR 23-191 AMO<br><br>**DEFENDANT DANNY GARCIA'S REQUEST RE: DESIGNATION** |

Defendant Danny Garcia was sentenced on August 12, 2025. At the conclusion of the hearing, undersigned counsel requested that the Court recommend Mr. Garcia be designated to a facility with RDAP but neglected to request a location. Mr. Garcia hereby respectfully requests that the judgment include a recommendation that the BOP designate him to an RDAP facility <u>in California</u>, to facilitate visits from his family.

Dated: August 13, 2025

Respectfully submitted,

　　　/s/
August Gugelmann
Hannah Pollack
SWANSON & McNAMARA LLP
Attorneys for DANNY GARCIA